```
ERIC GRANT
United States Attorney
ROBERT ABENDROTH
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE GARCIA-AVALOS, and <br> LEONEL ABREGO, <br><br> Defendants. | CASE NO. 2:25-CR-00246-DJC <br><br> STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |

## I.  STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendants Jose Garcia-Avalos and Leonel Abrego, by and through their respective counsel of record, for the reasons set forth below, hereby stipulate as follows:

1.  Following their arrest pursuant to a complaint, on October 30, 2025, a grand jury in the Eastern District of California returned an indictment charging the defendants with violations of Federal law related to controlled substance offenses.  *See* Doc. No. 16.  Jose Garcia-Avalos initially appeared before the Court for his arraignment on the indictment on November 4, 2025, and Leonel Abrego made his initial appearance on the indictment on November 10, 2025.  *See* Doc. Nos. 20 and 22.

2.  Initially, the matter was assigned to the Honorable Dale A. Drozd, United States District Judge, Eastern District of California, and a status conference was set for the Court's January 26, 2026.

*See* Doc. Nos. 20 and 22.  At the parties' request, the Court excluded time pursuant to the Speedy Trial Act under local codes T2 and T4 because the number of defendants in a related case and the issues presented in this case were made it unusually complex and the time necessary for reasonable preparation made the deadlines in the Speedy Trial Act unworkable.  Therefore, the Court found that the ends of justice served by granting an exclusion of time outweighed the best interest of the public and the defendants in a speedy trial.  *Id*.

      3.      Based on a notice of related cases filed by the government, this matter was reassigned to the Honorable Daniel A. Calabretta, United States District Judge, Eastern District of California.  *See* Doc. Nos. 18 and 21. The status conference originally set for January 26, 2026 was reset for January 29, 2026.  *See* Doc. No. 23.  Now, the parties request that the Court issue an order excluding time pursuant to the Speedy Trial Act for the time period between January 26, 2026 and January 29, 2026, inclusive.  The same reasons that support the exclusion of time granted at the initial appearance support this request.

      4.      The government and all defendants, through counsel, agree and stipulate, and request that the Court find the following:

      a)      The government intends produced discovery including law enforcement reports, lab reports, search warrants, photographs, and wiretap evidence some of which will be in Spanish.

      b)      All defense counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

      c)      Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      This matter concerns multiple defendants, and the investigation and discovery overlap with a case where eleven defendants are charged in a related indictment.  The investigation involved law enforcement activities for well over a year, multiple wiretaps, seizures, and many search warrants.  Therefore, the matter is unusually complex.

      e)      Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2026 to January 29, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                Respectfully Submitted,

Dated: November 24, 2025       ERIC GRANT
                   United States Attorney

                By: /s/ ROBERT ABENDROTH
                   ROBERT ABENDROTH
                   Assistant United States Attorney

Dated: November 24, 2025       /s/Hootan Baigmohammadi
                   HOOTAN BAIGMOHAMMADI
                   Counsel for Defendant
                   JOSE GARCIA-AVALOS

Dated: November 24, 2025       /s/ Christopher Cosca
                   CHRISTOPHER COSCA
                   Counsel for Defendant
                   LEONEL ABREGO

## ORDER

IT IS SO FOUND AND ORDERED this 24th day of November, 2025.

                /s/ Daniel J. Calabretta
                THE HONORABLE DANIEL J. CALABRETTA
                UNITED STATES DISTRICT JUDGE