ERIC GRANT
United States Attorney
ROBERT ABENDROTH
NICOLE M. VANEK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00246-DJC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER |
| v. | |
| JOSE GARCIA-AVALOS, OCTAVIO HINOJOSA-GUZMAN, and LEONEL ABREGO, , | |
| Defendants. | |

## I.     **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendants Jose Garcia-Avalos, Octavio Hinojosa-Guzman, and Leonel Abrego, by and through their respective counsel of record, for the reasons set forth below, hereby stipulate as follows:

1.      A grand jury in the Eastern District of California returned an indictment charging the defendants with violations of Federal law related to controlled substance offenses.  *See* Doc. No. 16.  All defendants have appeared before the Court for his arraignment on the indictment, and a status conference is set for January 29, 2026.  The government has sent initial discovery to defense counsel consisting of gigabytes of data including wire and electronic Title 3 intercepts, electronic surveillance, and thousands of pages documenting investigative actions.

STIPULATION AND ORDER

1

2.      The government and all defendants, through counsel, respectfully request that the Court reset the status conference in this matter from January 29, 2026 to the Court's calendar on April 16, 2026, at 9:00 a.m.  Additionally, the parties request that the Court exclude time under the Speedy Trial Act between January 29, 2026 and April 16, 2026, inclusive.  In so requesting, the parties agree and stipulate, and request that the Court find the following:

a)      The discovery produced is voluminous including law enforcement reports, lab reports, search warrants, photographs, and wiretap evidence some of which are in Spanish.

b)      All defense counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

c)      Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      This matter concerns multiple defendants, and the investigation and discovery overlap with a case where eleven defendants are charged in a related indictment.  The investigation involved law enforcement activities for well over a year, multiple wiretaps, seizures, and many search warrants.  Therefore, the matter is unusually complex.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2026 to April 16, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

STIPULATION AND ORDER

2

Respectfully Submitted,

Dated:  January 23, 2026

ERIC GRANT
United States Attorney

By:  /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: January 23, 2026

/s/Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Counsel for Defendant
JOSE GARCIA-AVALOS

Dated: January 23, 2026

/s/ Shari G. Rusk
SHARI G. RUSK
Counsel for Defendant
OCTAVIO HINOJOSA-GUZMAN

Dated: January 23, 2026

/s/ Christopher Cosca
CHRISTOPHER COSCA
Counsel for Defendant
LEONEL ABREGO

## ORDER

IT IS SO FOUND AND ORDERED this 23rd day of January 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

3