COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONEL ABREGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-00246-DJC |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER** |
| vs. | |
| JOSE GARCIA-AVALOS, OCTAVIO HINOJOSA-GUZMAN, and LEONEL ABREGO, | |
| Defendants. | |

## STIPULATION

The parties hereto, by and through counsel of record, hereby stipulate as follows:

1.      A grand jury in the Eastern District of California returned an indictment charging the defendants with violations of Federal law related to controlled substance offenses. See Doc. No. 16. All defendants have appeared before the Court for his arraignment on the indictment, and a status conference is set for April 16, 2026. The government has sent initial discovery to defense counsel consisting of gigabytes of data including wire and electronic Title III intercepts, electronic surveillance, and thousands of pages documenting investigative actions.

2.      The government and all defendants, through counsel, respectfully request that the Court reset the status conference in this matter from April 16, 2026 to the Court's calendar on July 30, 2026. Additionally, the parties request that the Court exclude time under the Speedy

Trial Act between April 16, 2026 and July 30, 2026, inclusive. In so requesting, the parties agree and stipulate, and request that the Court find the following:

a) The discovery produced is voluminous including law enforcement reports, lab reports, search warrants, photographs, and wiretap evidence some of which are in Spanish.

b) All defense counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

c) Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence..

d) This matter concerns multiple defendants, and the investigation and discovery overlap with a case where eleven defendants are charged in a related indictment. The investigation involved law enforcement activities for well over a year, multiple wiretaps, seizures, and many search warrants. Therefore, the matter is unusually complex.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 16, 2026 to July 30, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

STIP AND ORDER TO CONTINUE STATUS CONF.
USA v. JOSE GARCIA-AVALOS, ET AL.

Respectfully submitted,

Dated: April 9, 2026                    /s/ Chris Cosca
                                        CHRIS COSCA
                                        Attorney for Defendant
                                        LEONEL ABREGO

Dated: April 9, 2026                    /s/ Robert Abendroth
                                        ROBERT ABENDROTH
                                        Assistant US Attorney
                                        Attorney for Plaintiff

Dated: April 9, 2026                    /s/Hootan Baigmohammadi
                                        HOOTAN BAIGMOHAMMADI
                                        Counsel for Defendant
                                        JOSE GARCIA-AVALOS

Dated: April 9, 2026                    /s/ Shari G. Rusk
                                        SHARI G. RUSK
                                        Counsel for Defendant
                                        OCTAVIO HINOJOSA-GUZMAN

## **ORDER**

**IT IS SO ORDERED.**

Dated:  April 9, 2026                   /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE