COSCA LAW CORPORATION
CHRIS COSCA    CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONEL ABREGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:25-CR-00246-DJC-3 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS** |
| vs. | ) | |
| LEONEL ABREGO, | ) | |
| Defendant. | ) | |

### **STIPULATION**

Currently, Mr. Abrego's conditions of release limit travel to the Eastern District of California. ECF 14, Condition 5.

Now, the parties hereto stipulate that defendant's Conditions of Release be modified to allow travel to Mexico City, Mexico between July 4, 2026, and July 19, 2026. The purpose of travel is to visit and care for Mr. Abrego's elderly father who is ill after taking a bad fall and hitting his head. His father is experiencing slurred speech, lack of balance and cannot care for himself independently. As there is no one else to assist, Mr. Abrego will facilitate a medical provider and proper treatment. Pretrial Services takes no position and defers to the court.

The Clerk of the Court shall return Mr. Abrego's passport on July 2, 2026. Mr. Abrego shall surrender his passport to the Clerk of the Court no later than July 21, 2026.

Respectfully submitted,

Dated: June 1, 2026                                /s/ Chris Cosca
                                                   CHRIS COSCA
                                                   Attorney for Defendant
                                                   LEONEL ABREGO


Dated: June 1, 2026                                /s/ Robert Abendroth
                                                   ROBERT ABENDROTH
                                                   Assistant US Attorney
                                                   Attorney for Plaintiff


**ORDER**


**IT IS SO ORDERED.**


Dated:  June 1, 2026

                                                   _____
                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE