COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONEL ABREGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  2:25-CR-00246-DJC-3 |
| Plaintiff, | )  **AMENDED STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS** |
| vs. | ) |
| LEONEL ABREGO, | ) |
| Defendant. | ) |

**STIPULATION**

Currently, Mr. Abrego's conditions of release limit travel to the Eastern District of California. ECF 14, Condition 5.

Now, the parties hereto stipulate that defendant's Conditions of Release be modified to allow travel to Mexico City, Mexico between July 4, 2026, and July 19, 2026. The purpose of travel is to visit and care for Mr. Abrego's elderly father who is ill after taking a bad fall and hitting his head. His father is experiencing slurred speech, lack of balance and cannot care for himself independently. As there is no one else to assist, Mr. Abrego will facilitate a medical provider and proper treatment. Pretrial Services takes no position and defers to the court.

The Clerk of the Court shall return Mr. Abrego's passport to licensed investigator Frank Huntington on July 2, 2026. Mr. Abrego or Frank Huntington shall surrender his passport to the Clerk of the Court no later than July 21, 2026.

Respectfully submitted,

Dated: July 2, 2026                         /s/ Chris Cosca
                                            CHRIS COSCA
                                            Attorney for Defendant
                                            LEONEL ABREGO

Dated: June 2, 2026                         /s/ Robert Abendroth
                                            ROBERT ABENDROTH
                                            Assistant US Attorney
                                            Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated:  July 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

AMENDED STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. LEONEL ABREGO