HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Garcia-Avalos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARCIA-AVALOS, ET. AL.,<br><br>Defendant. | Case No. 2:25CR246-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: July 30, 2026<br>Time: 9:00 a.m.<br>Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys Robert Abendroth and Nicole Vanek, counsel for Plaintiff, Shari G. Rusk, attorney for Octavio Hinojosa-Guzman, Christopher Richard Cosca, attorney for Leonel Abrego, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jose Garcia-Avalos, that the previously scheduled Status Conference set for July 30, 2026 be continued to **October 22, 2026 at 9:00 a.m.**

The parties specifically stipulate as follows:

1. A grand jury in the Eastern District of California returned an indictment charging the defendants with violations of Federal law related to controlled substance offenses. *See* Dkt. 16. All defendants have appeared before the Court for arraignment on the indictment.

2. The case has previously been continued under local codes T2 and T4. Dkt. 42. The discovery produced is voluminous including law enforcement reports, lab reports, search warrants, photographs, and wiretap evidence some of which are in Spanish. This matter concerns multiple defendants, and the investigation and discovery overlap with a case where eleven defendants are charged in a related indictment. The investigation involved law enforcement activities for well over a year, multiple wiretaps, seizures, and many search warrants. Therefore, the matter is unusually complex.

3. All defense counsel desire additional time to consult with their clients, to review and copy discovery for this matter, and to otherwise prepare for trial.

4. Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The parties are aware of the Court's normal practice of requiring parties to appear in-person within four months of arraignment. However, the Court should forgo that practice here because of the complexity of the case.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2026 to October 22, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 13, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Garcia-Avalos

Date: July 13, 2026

ERIC GRANT
United States Attorney

*/s/ Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney
Attorneys for Plaintiff

Date: July 13, 2026

*/s/ Shari G. Rusk*
SHARI G. RUSK
Attorneys for Defendant
Mr. Hinojosa-Guzman

Date: July 13, 2026

*/s/ Chris Cosca*
CHRIS COSCA
Attorneys for Defendant
Mr. Abrego

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court expects the parties to appear and to be prepared to proceed on October 22, 2026 absent good cause, with compelling circumstances shown.

IT IS SO ORDERED.

Dated: July 15, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE