COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
LEONEL ABREGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LEONEL ABREGO, Defendant. | 2:25-CR-00246-DJC **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY RELEASE CONDITIONS** |

**STIPULATION**

Currently, Mr. Abrego's conditions of release limit travel to the Eastern District of California. ECF 14, Condition 5.

Now, the parties hereto stipulate that defendant's Conditions of Release be modified to allow travel to Mexico from December 19, 2026, to January 5, 2027. The purpose of travel is to visit and care for Mr. Abrego's elderly father who requires medical treatment and needs help finding a specialist. As there is no one else to assist, Mr. Abrego will facilitate a medical provider and proper treatment. Pretrial Services takes no position and defers to the court. The court approved a similar request in July, 2026, but due to conflicts Mr. Abrego was unable to travel.

///

The Clerk of the Court shall return Mr. Abrego's passport to Mr. Abrego or licensed investigator Frank Huntington on December 18, 2026. Mr. Abrego or Frank Huntington shall surrender his passport to the Clerk of the Court no later than January 6, 2027.

Respectfully submitted,

Dated: October 16, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
LEONEL ABREGO

Dated: October 16, 2026

/s/ Robert Abendroth
ROBERT ABENDROTH
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: October 16, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE